**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0001182
13-AUG-2013
11:10 AM**

NO. CAAP-13-0001182

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CREDIT ASSOCIATES OF MAUI, LTD.,
Plaintiff-Appellee,
v.
WILLIAM K. FREITAS AND CINDY K. FREITAS,
Defendants-Appellants,
and
PA'A POHAKU BUILDERS, INC.,
Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH KONA DIVISION
(CIVIL NO. 3RC12-1-112K)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 24(c)
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On May 30, 2013, Plaintiffs-Appellants Cindy K. Freitas and William K. Freitas (Appellants), pro se, filed a notice of appeal;

(2) On June 18, 2013, the court denied Appellants' separate motions for leave to proceed on appeal in forma pauperis and ordered Appellants, consistent with Hawai'i Rules of Appellate Procedure Rule 24(c), to pay the appellate filing fee within ten days from the date of the order. The court advised Appellants that failure to pay the filing fee could result in dismissal of the appeal; and

(3) Thereafter, Appellants took no further action in this appeal. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

Dated: Honolulu, Hawai'i, August 13, 2013.


Chief Judge


Associate Judge


Associate Judge